UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DHARMA CL, LLC, d/b/a Best Way Inn Cleburne, § § § Plaintiff, § § Civil Action No. 3:16-cv-0554-M v. § § LEXINGTON INSURANCE COMPANY, § § Defendant. § | |

DHARMA CL, LLC, d/b/a Best Way Inn Cleburne,

    Plaintiff,

v.

LEXINGTON INSURANCE COMPANY,

    Defendant.

Civil Action No. 3:16-cv-0554-M

## ORDER

In view of the amended complaint filed by Plaintiff Dharma CL, LLC on May 27, 2106, the Motion to Dismiss [Docket Entry #20], filed by Defendant Lexington Insurance Company, which is directed to the Original Petition filed in state court prior to removal, is DENIED without prejudice.

**SO ORDERED.**

June 1, 2016.

_____
BARBARA M.G. LYNN
CHIEF JUDGE