IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: <u>3:16-CV-00554</u>

2. Style of case: <u>DHARMA, CL, LLC D/B/A BEST WAY INN CLEBURNE V. LEXINGTON INSURANCE COMPANY, AND JOSEPH REKART, JR.</u>

3. Nature of suit: <u>Insurance - Wind and Hail</u>

4. Method of ADR used:    XX <u>Mediation</u>        ☐ Mini-Trial        ☐ Summary Jury Trial

5. Date ADR session was held: <u>11/15/2016</u>

6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.            ☐ Settled, in part, as result of ADR
    ☐ Settled as a result of ADR.                 **XX Parties were unable to reach settlement.**
    ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: <u>$1500.00</u>

8. Duration of ADR: <u>Half Day</u>   (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff): (Provider)

    Courtenay L. Bass - Mediator            Raymond L. Gregory II, Esq.-Defendant
    Mahendra Patel - Plaintiff's Rep.       Joseph Rekert, Jr. - Defendant
    William N. Allan, IV, Esq.-Plaintiff    Barbara Hyland - Lexington Rep.

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*Courtenay L. Bass*                                    November 17, 2016
Signature                                              Date


<u>12001 N. Central Expressway, Suite 650, Dallas, Texas  75243</u>   <u>(214)303-4500</u>
Address                                                             Telephone

**William N. Allan, IV, Esq.**
Allan Nava & Glander PLLC
13409 NW Military Hwy.
Suite 300
San Antonio, TX  78231
(210) 305-4220
(210) 305-4219

**Raymond L. Gregory II, Esq.**
Eggleston & Briscoe LLP
4800 Three Allen Center
333 Clay Street
Houston, TX  77002
(713) 659-5100
(713) 951-9920